UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY JOEY BOOKMAN,<br>      Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 3:13-CV-4428-B-BK |
| | § | |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br>      Defendant. | §<br>§<br>§ | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 12th day of February, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE